```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 17-14384-mdc
Shani Strothers                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: May 09, 2018
                              Form ID: pdf900             Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db             +Shani Strothers,    351 Bala Avenue,    Bala Cynwyd, PA 19004-2736
cr             +U.S. Bank National Association,    Robertson, Anschutz, Shcneid P.L.,   6409 Congress Ave,
                 Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee for LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N, bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Lehman XS Trust Mortgage bkyefile@rasflaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-7N, U.S. Bank National Association, as Trustee bkyefile@rasflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N, bkgroup@kmllawgroup.com
              MICHAEL ADAM COHEN    on behalf of Debtor Shani  Strothers mcohen1@temple.edu
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Shani Strothers aka Shani Asantewaa Strothers-Thompson<br>                      Debtor | Chapter 13 |
| U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N,<br>                      v.<br>Shani Strothers aka Shani Asantewaa Strothers-Thompson<br>                    and<br>William C. Miller Esq.<br>                      Trustee | NO. 17-14384 MDC |

**ORDER**

AND NOW, this 9th day of May, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 5, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N, and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 351 Bala Ave Bala Cynwyd, Pa 19004.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                                                       United States Bankruptcy Judge.

cc: See attached service list

Shani Strothers aka Shani Asantewaa Strothers-Thompson
351 Bala Avenue
Bala Cynwyd, PA 19004

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

MICHAEL A. COHEN ESQUIRE
2113 Snyder Avenue
Philadelphia, PA 19145

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532