```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                                  Case No. 17-14384-mdc
Shani Strothers                                                         Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0313-2         User: ChrissyW              Page 1 of 2              Date Rcvd: Jun 14, 2018
                             Form ID: pdf900             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db             +Shani Strothers,    351 Bala Avenue,    Bala Cynwyd, PA 19004-2736
cr             +Lehman XS Trust Mortgage,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,   Boca Raton, FL 33487-2853
cr             +U.S. Bank National Association,    Robertson, Anschutz, Shcneid P.L.,    6409 Congress Ave,
                 Suite 100,   Boca Raton, FL 33487-2853
13940686      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
13984153       +Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    PO Box 619094,    Dallas, TX 75261-9094
13940687       +Nationstar Mortgage LLC,    350 Highland,    Houston, TX 77009-6623
13940688       +Phelan Hallinan LLP,    1617 JFK Blvd, Ste 1400,    Philadelphia, PA 19103-1814
13940690       +Weinstein Pinson RileyLLC,    2001 Western Ave, #400,    Seattle, WA 98121-3132
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 15 2018 01:58:09      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2018 01:58:08       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13940681       +E-mail/Text: banko@berkscredit.com Jun 15 2018 01:57:47      Berks Credit & Coll,
                 900 Corporate Dr,   Reading, PA 19605-3340
13940683        E-mail/Text: megan.harper@phila.gov Jun 15 2018 01:58:09      City of Philadelphia,
                 Law Department - Tax Unit,   One parkway Bldg,    1515 Arch St., 15th Fl,
                 Philadelphia, PA 19102-1595
14030646        E-mail/Text: megan.harper@phila.gov Jun 15 2018 01:58:09      City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13940682        E-mail/Text: megan.harper@phila.gov Jun 15 2018 01:58:10      City of Philadelphia,
                 Law Department - Tax Unit,   One parkway Bldg,    1515 Arach St., 15th Fl,
                 Philadelphia, PA 19102-1595
13940684       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 15 2018 01:58:19
                 Credit Collections Svc,   Po Box 773,    Needham, MA 02494-0918
13940685       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 15 2018 01:58:19
                 Credit Collections Svc,   Po Box 9134,    Needham, MA 02494-9134
13953339        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2018 01:57:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13940689       +E-mail/Text: megan.harper@phila.gov Jun 15 2018 01:58:09      Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14043909*      +CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
                                                                                TOTALS: 0, * 2, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                    Signature:    /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jun 14, 2018
                              Form ID: pdf900             Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee for LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Lehman XS Trust Mortgage bkyefile@rasflaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-7N, U.S. Bank National Association, as Trustee bkyefile@rasflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N, bkgroup@kmllawgroup.com
              MICHAEL ADAM COHEN    on behalf of Debtor Shani  Strothers mcohen1@temple.edu
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHANI STROTHERS                           Chapter 13

                Debtor          Bankruptcy No. 17-14384-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____14th____ day of _____June_____, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145


Debtor:
SHANI STROTHERS

351 BALA AVENUE

BALA CYNWYD, PA 19004-